IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-336-D

| | |
|---|---|
| MARIE A. BECTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

On November 11, 2017, defendant moved to strike plaintiff's motion for entry of default and her motion for summary judgment. See [D.E. 16]. Because this court has not yet ruled on defendant's' motion to dismiss for lack of subject-matter jurisdiction [D.E. 12], defendant's time to file an answer is suspended pending the court's ruling on defendant's motion to dismiss. Accordingly, the court DENIES plaintiff's motion for entry of default [D.E. 14], and DENIES without prejudice plaintiff's motion for summary judgment [D.E. 15].

SO ORDERED. This 15 day of January 2018.

JAMES C. DEVER III
Chief United States District Judge