UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARIE A. BECTON, )<br> )<br> Plaintiff, )<br> )<br> v. )<br> )<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br> Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:17-CV-336-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that defendant's motion to dismiss [D.E. 12] is GRANTED, and Becton's motion for relief [D.E. 18] is DENIED.

**This Judgment Filed and Entered on June 26, 2018, and Copies To:**
Marie A. Becton
915 Dandridge Dr.
Fayetteville, NC 28303 (via US Mail)
Mark J. Goldenberg (via CM/ECF electronic notification)

DATE: PETER A. MOORE, JR., CLERK
June 26, 2018 (By) /s/ Crystal Jenkins
 Deputy Clerk